Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff KAREN AGATHA COOPER-BELANGER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN AGATHA COOPER-BELANGER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 2:17-cv-00769-CKD<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Karen Agatha Cooper-Belanger ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to November 10, 2017; and that Defendant shall have until December 11, 2017, to file her opposition. Any reply by plaintiff will be due January 2, 2018.

An extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: September 18, 2017    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED:  September 18, 2017    BENJAMIN WAGNER
United States Attorney


*/S/- Michael K. Marriott

_____
Michael K. Marriott
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that plaintiff may have an extension of time, to |
| 2 | and including November 10, 2017, in which to file Plaintiff's Motion of Summary |
| 3 | Judgment; Defendant may have an extension of time to December 11, 2017 to file |
| 4 | his opposition, if any is forthcoming. Any reply by plaintiff will be due January 2, |
| 5 | 2018. |
| 6 | IT IS SO ORDERED. |
| 7 | Dated: September 22, 2017 |

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE