1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff KAREN AGATHA COOPER-BELANGER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN AGATHA COOPER-BELANGER, | Case No.: 2:17-cv-00769-CKD |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Karen Agatha Cooper-Belanger ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to December 5, 2017; and that Defendant shall have until January 4, 2018, to file her opposition. Any reply by plaintiff will be due January 25, 2018.

-1-

Counsel requires an additional extension in order to continue to manage and reduce those matters pending due to the events of his wife's passing. Counsel has focused on ensuring that he avoids delay in current cases while addressing the backlog of cases. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: November 21, 2017  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff

DATED: November 21, 2017  BENJAMIN WAGNER
United States Attorney


*/S/- Michael K. Marriott

_____
Michael K. Marriott
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including December 5, 2017, in which to file Plaintiff's Motion for Summary Judgment; Defendant may have an extension of time to January 4, 2018 to file his opposition, if any is forthcoming. Any reply by plaintiff will be due January 25, 2018.

IT IS SO ORDERED.

Dated: November 27, 2017

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE