1  PHILLIP A. TALBERT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
   Special Assistant United States Attorney
5        160 Spear Street, Suite 800
         San Francisco, California 94105
6        Telephone: (415) 977-8985
7        Facsimile: (415) 744-0134
         E-Mail: Michael.Marriott@ssa.gov
8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA
11
                         SACRAMENTO DIVISION
12

13  KAREN AGATHA COOPER-BELANGER,  )  Civil No. 2:17-cv-00769-CKD
                                   )
14        Plaintiff,               )  **STIPULATION AND** ~~PROPOSED~~ **ORDER**
15                                 )  **FOR A FIRST EXTENSION OF TIME**
          v.                       )  **FOR DEFENDANT TO FILE HER MSJ**
16                                 )
17  NANCY A. BERRYHILL,            )
    Acting Commissioner of Social Security,  )
18                                 )
          Defendant.               )
19  _____)

20        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and
21
    with the approval of the Court, that Defendant shall have a first extension of time of 7 days to
22
    file her MSJ.  Defendant respectfully requests this additional time because of a recent illness and
23
    because of a heavy accumulated workload as a result of leave over the holidays.
24
    ////
25

26

27

28
    Stip. to Extend Def.'s MSJ

                                    1

The new due date for Defendant's MSJ will be Friday, January 12, 2018.

Respectfully submitted,

Date: *January 5, 2018*          LAW OFFICES OF LAWRENCE D. ROHLFING

By:    */s/ Steven Rosales\**
        STEVEN ROSALES
        *\* By email authorization on Jan. 5, 2018*
        Attorney for Plaintiff

Date: *January 5, 2018*          PHILLIP A. TALBERT
        United States Attorney

By:    */s/ Michael K. Marriott*
        MICHAEL K. MARRIOTT
        Special Assistant United States Attorney
        Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

Dated: January 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2